

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Linda Faye Pittman** | ) | **Case No. 22-10148-JDW** |
| | ) | |
| | ) | |
| **Debtor.** | ) | **Chapter 13** |

## ORDER SETTING STATUS HEARING

**The debtor, the trustee, and the debtor's counsel are directed to appear before this Court for a status conference regarding this chapter 13 bankruptcy case.** A *Motion to Withdraw as Counsel for Debtor* (Dkt. # 26) ("the Motion") was filed on October 27, 2022 and further inquiry regarding the allegations raised in the Motion is necessary. Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that a telephonic status hearing is set for **November 8, 2022** at **1:30pm.** All attorneys, parties, and other interested parties should follow the dial-in instructions below:

1. Complete the dial-in instructions *at least* 5 minutes prior to the time of the hearing;
2. Dial **877-336-1829**, and, when prompted, enter number **5667710#**;
3. Once you are connected to the call, identify yourself by stating your name;
4. Once your telephonic presence is acknowledged by the Courtroom Deputy, *please mute your phone until further notice of the Court*;

5. Do not place the call on hold at any time during the call as this may lead to disturbing noises for the other call participants.

Should you experience difficulties, please contact the Clerk's Office at 662-369-2596.

## END OF ORDER ##